THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Clifton L. Davis, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Marion County
 James E. Brogdon, Jr., Circuit Court Judge

Memorandum Opinion No.  2006-MO-029
Submitted September 19, 2006  Filed September 25, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, South Carolina Commission, of Columbia, Clifton L. Davis #262942, Broad River Correctional, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John McIntosh, Assistant Deputy Attorney General Salley W. Elliott and Assistant Attorney General Julie M. Thames, all of Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief
(PCR).
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant the petition for a writ of certiorari proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Counsel for petitioner has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967) and a petition to be relieved as counsel.  Petitioner has filed a pro se response.  After a thorough review of the record pursuant to Anders, we dismiss the appeal and grant the petition to be relieved as counsel.
 DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.